JAMES FLAHERTY, DEFENDANT IN ERROR, v. WILLIAM H. PACK, PLAINTIFF IN ERROR.

Argued July 11, 1906—Decided February 2, 1907.

On error to the Supreme Court.

For the plaintiff in error, *Eli H. Chandler.*

For the defendant in error, *Thompson & Cole.*

PER CURIAM.

The judgment before us in this cause is affirmed, for the reasons stated in the opinion of Mr. Justice Dixon, in the Supreme Court. 44 *Vroom* 103.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, FORT, GARRETSON, HENDRICKSON, PITNEY, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, J.J. 14.

*For reversal*—None.